| | | | |
|---|---|---|---|
| In the Interest of: F.–D.I.K.K. | 1692 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000681–2015<br>CP–51–DP–0001463–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| In the Interest of: H.S.I.K. | 1693 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000680–2015<br>CP–51–DP–0001459–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| Com. v. Kiernan | 347 MDA 2016<br>Affirmed | 01/19/2017 | CP–31–CR–0000618–2014<br>(Huntingdon) |
| Com. v. Goodridge | 498 MDA 2016<br>Affirmed | 01/19/2017 | CP–35–CR–0000448–2014<br>(Lackawanna) |
| Scott v. Kerestes | 785 MDA 2016<br>Affirmed | 01/19/2017 | 2013–CV–1243–MP<br>(Dauphin) |
| In re J.T.M.; Appeal of J.M. | 1448 MDA 2016<br>Affirmed | 01/19/2017 | A63–124A–16<br>(Schuylkill) |
| In re J.R.M.; Appeal of J.M. | 1449 MDA 2016<br>Affirmed | 01/19/2017 | A63–123B–16<br>(Schuylkill) |
| Com. v. Bavin | 1416 WDA 2014<br>Vacated and<br>Remanded | 01/19/2017 | CP–02–CR–0001914–2013<br>(Allegheny) |
| Com. v. Williams | 537 WDA 2015<br>Vacated and<br>Remanded | 01/19/2017 | CP–02–CR–0012281–2013<br>CP–02–CR–0014922–2014<br>(Allegheny) |
| Com. v. Pinkney | 1091 WDA 2015<br>Affirmed | 01/19/2017 | CP–02–CR–0012620–1996<br>(Allegheny) |
| Com. v. Jacobs | 664 WDA 2016<br>Affirmed | 01/19/2017 | CP–26–CR–0001445–2013<br>(Fayette) |
| Com. v. Watson | 185 EDA 2015<br>Affirmed | 01/20/2017 | CP–51–CR–0006119–2013<br>(Philadelphia) |
| Com. v. Martinez | 1511 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/20/2017 | CP–51–CR–0007483–2014<br>(Philadelphia) |
| Com. v. Alog | 2909 EDA 2015<br>Affirmed | 01/20/2017 | CP–51–CR–0010608–2014<br>CP–51–CR–0010613–2014<br>(Philadelphia) |